ARTHUR D. LEVY (SB # 95659)
LAW OFFICE OF ARTHUR D. LEVY
445 Bush Street, 6th Floor
San Francisco, California 94108
Tel. (415) 702-4550

DAMON M. CONNOLLY (SB # 139779)
LAW OFFICES OF DAMON M. CONNOLLY
790 Mission Avenue
San Rafael, CA 94901
Tel: (415) 485-2200

Attorneys for Plaintiff
ANNMARIE GARCIA
Individually and on Behalf of
All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNMARIE GARCIA, on behalf of herself and all persons similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. dba CHECK 'N GO, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-02215-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE ON MOTION TO COMPEL ARB. –
Case No.: 3:13-cv-02215-SBA

Plaintiff Annmarie Garcia ("Plaintiff") and Defendant Southwestern & Pacific Specialty Finance, Inc. ("Defendant"), through their respective counsel of record, stipulate as follows:

WHEREAS on or about May 20, 2013, Defendant moved for a determination as to whether the instant action (the "*Garcia* Action") should be considered "related" to *Bernal v. Southwestern & Pacific Specialty Finance, Inc.*, Case No. 12-cv-05797-SBA (the "*Bernal* Action") and *Graves v. Southwestern & Pacific Specialty Finance, Inc.*, Case No. 13-cv-1159-SBA (the "*Graves* Action") within the meaning of Civil Local Rule 3-12.

WHEREAS on or about May 24, 2013, Plaintiff filed a Notice of Consent to Related Case Status in the *Bernal* Action.

WHEREAS on or about June 19, 2013, the *Garcia* Action was adjudged to be related to the *Bernal* and *Graves* Actions and was reassigned to the Honorable Saundra Brown Armstrong.

WHEREAS on May 15, 2013, Defendant removed the *Garcia* Action from San Francisco Superior Court to the United States District Court for the Northern District of California, and, thereafter, on or about May 21, 2013, Defendant filed a Motion to Compel Arbitration and Stay Proceedings ("Motion to Compel Arbitration").

WHEREAS on or about June 25, 2013, pursuant to Civil Local Rule 3-12(g), Defendant re-filed and re-noticed the Motion to Compel Arbitration in light of the reassignment of the *Garcia* Action to Judge Armstrong. A hearing on the Motion to Compel Arbitration is set for August 20, 2013 at 1:00 p.m.

WHEREAS Plaintiff has requested, and Defendant is willing to stipulate to, a briefing schedule on the Motion to Compel Arbitration such that Plaintiff's Opposition would be due by July 23, 2013 and Defendant's Reply would be due by August 6, 2013.

NOW, THEREFORE, Plaintiff and Defendant, through their respective counsel of record, hereby stipulate that Plaintiff's Opposition to the Motion to Compel Arbitration will be filed on the Court's ECF system by July 23, 2013, and Defendant's Reply will be filed on the Court's ECF system by August 6, 2013.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

---

STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE ON MOTION TO COMPEL ARB. – Case No.: 3:13-cv-02215-SBA

| | |
|---|---|
| DATED:  July 3, 2013 | /s/ Arthur D. Levy |

ARTHUR D. LEVY (SB # 95659)
LAW OFFICE OF ARTHUR D. LEVY
445 Bush Street, 6th Floor
San Francisco, California 94108
Tel. (415) 702-4550

DAMON CONNOLLY
LAW OFFICES OF DAMON M. CONNOLLY
790 Mission Avenue
San Rafael, CA 94901
Tel: (415) 485-2200

Attorneys for Plaintiff
ANNMARIE GARCIA
Individually and on Behalf of
All Others Similarly Situated

DATED:  July ___, 2013

MARK C. DOSKER
CARRIE E. JANTSCH
SQUIRE SANDERS (US) LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111

Attorneys for Defendant
Southwestern & Pacific Specialty Finance, Inc.

Having read the Parties' stipulation, and good cause appearing therefore, the Court hereby orders that Plaintiff's Opposition to the Motion to Compel Arbitration and Stay Proceedings shall be filed on the Court's ECF system by July 23, 2013.  Defendants' Reply shall be filed on the Court's ECF system by August 6, 2013.

IT IS SO ORDERED.

Dated: July _5_, 2013

*/s/ Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
United States District Court Judge

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, Arthur Levy hereby attests that concurrence in the filing of this document has been obtained.*

---

STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE ON MOTION TO COMPEL ARB. – Case No.: 3:13-cv-02215-SBA