ARTHUR D. LEVY (SB # 95659)
LAW OFFICE OF ARTHUR D. LEVY
445 Bush Street, 6th Floor
San Francisco, California 94108
Tel. (415) 702-4550

DAMON M. CONNOLLY (SB # 139779)
LAW OFFICES OF DAMON M. CONNOLLY
790 Mission Avenue
San Rafael, CA 94901
Tel: (415) 485-2200

Attorneys for Plaintiff
ANNMARIE GARCIA
Individually and on Behalf of
All Others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNMARIE GARCIA, on behalf of herself and all persons similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC. dba CHECK 'N GO, and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-02215-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

1  Plaintiff Annmarie Garcia ("Plaintiff") and Defendant Southwestern & Pacific Specialty
2  Finance, Inc. ("Defendant"), through their respective counsel of record, stipulate as follows:
3  WHEREAS on or about May 20, 2013, Defendant moved for a determination as to
4  whether the instant action (the "*Garcia* Action") should be considered "related" to *Bernal v.*
5  *Southwestern & Pacific Specialty Finance, Inc.*, Case No. 12-cv-05797-SBA (the "*Bernal*
6  Action") and *Graves v. Southwestern & Pacific Specialty Finance, Inc.*, Case No. 13-cv-1159-
7  SBA (the "*Graves* Action") within the meaning of Civil Local Rule 3-12.
8  WHEREAS on or about May 24, 2013, Plaintiff filed a Notice of Consent to Related Case
9  Status in the *Bernal* Action.
10 WHEREAS on or about June 19, 2013, the *Garcia* Action was adjudged to be related to
11 the *Bernal* and *Graves* Actions and was reassigned to the Honorable Saundra Brown Armstrong.
12 WHEREAS on May 15, 2013, Defendant removed the *Garcia* Action from San Francisco
13 Superior Court to the United States District Court for the Northern District of California, and,
14 thereafter, on or about May 21, 2013, Defendant filed a Motion to Compel Arbitration and Stay
15 Proceedings ("Motion to Compel Arbitration").
16 WHEREAS on or about June 25, 2013, pursuant to Civil Local Rule 3-12(g), Defendant
17 re-filed and re-noticed the Motion to Compel Arbitration in light of the reassignment of the
18 *Garcia* Action to Judge Armstrong. A hearing on the Motion to Compel Arbitration is set for
19 August 20, 2013 at 1:00 p.m.
20 WHEREAS Plaintiff has requested, and Defendant is willing to stipulate to, a briefing
21 schedule on the Motion to Compel Arbitration such that Plaintiff's Opposition would be due by
22 July 23, 2013 and Defendant's Reply would be due by August 6, 2013.
23 NOW, THEREFORE, Plaintiff and Defendant, through their respective counsel of record,
24 hereby stipulate that Plaintiff's Opposition to the Motion to Compel Arbitration will be filed on
25 the Court's ECF system by July 23, 2013, and Defendant's Reply will be filed on the Court's
26 ECF system by August 6, 2013.
27 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
28

STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE ON MOTION TO COMPEL ARB. –
Case No.: 3:13-cv-02215-SBA

| | |
|---|---|
| DATED: July 3, 2013 | /s/ Arthur D. Levy |
| | ARTHUR D. LEVY (SB # 95659)<br>LAW OFFICE OF ARTHUR D. LEVY<br>445 Bush Street, 6th Floor<br>San Francisco, California 94108<br>Tel. (415) 702-4550 |
| | DAMON CONNOLLY<br>LAW OFFICES OF DAMON M. CONNOLLY<br>790 Mission Avenue<br>San Rafael, CA 94901<br>Tel: (415) 485-2200 |
| | Attorneys for Plaintiff<br>ANNMARIE GARCIA<br>Individually and on Behalf of<br>All Others Similarly Situated |
| DATED: July ___, 2013 | _____ |
| | MARK C. DOSKER<br>CARRIE E. JANTSCH<br>SQUIRE SANDERS (US) LLP<br>275 Battery Street, Suite 2600<br>San Francisco, CA 94111 |
| | Attorneys for Defendant<br>Southwestern & Pacific Specialty Finance, Inc. |

Having read the Parties' stipulation, and good cause appearing therefore, the Court hereby orders that Plaintiff's Opposition to the Motion to Compel Arbitration and Stay Proceedings shall be filed on the Court's ECF system by July 23, 2013. Defendants' Reply shall be filed on the Court's ECF system by August 6, 2013.

IT IS SO ORDERED.

Dated: July _5_, 2013

*/s/ Saundra B. Armstrong*
Hon. Saundra Brown Armstrong
United States District Court Judge

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Arthur Levy hereby attests that concurrence in the filing of this document has been obtained.*

---

STIPULATION AND PROPOSED ORDER RE: BRIEFING SCHEDULE ON MOTION TO COMPEL ARB. –
Case No.: 3:13-cv-02215-SBA